# Exhibit "A"

# The Arbitration Tribunals of the JAMS

---------------------------------------------X
Arcadia Crypto Ventures LLC,                    JAMS No.: 1425029759
Richard Rofe, and Jennifer Rofe

        Claimants,

v.

Madhu Kuty and Nithin Eapen,

        Respondents,
---------------------------------------------X

**FROM THE PEOPLE OF THE STATE OF NEW YORK**

To:   Matthew Kirincic
       23 Villanova Lane
       Dix Hills NY 11746

By the authority conferred on the undersigned arbitrator by Section 7 of the ~~United States~~ *Federal* Arbitration Act (9 U.S.C. § 7), you are hereby SUMMONED to attend as a witness at a virtual hearing before the undersigned arbitrator to be held on July 14, 2022, at 10:00 a.m., which a link will be provided to you.

Provided that this SUMMONS has been served upon you in the same manner as is required of a judicial subpoena under Rule 45 of the Federal Rules of Civil Procedure, then if you shall refuse or neglect to obey this SUMMONS, upon petition the United States District Court for the *Southern or Eastern* ~~Eastern~~ District of New York or a competent court of the State of New York may compel your attendance, or punish you for contempt in the same manner provided by law for securing the attendance of witnesses or their punishment for neglect or refusal to attend in the courts of the United States.

You may address questions concerning this SUMMONS to the attorneys or the Case Manager identified below. Any application by you to quash or modify this SUMMONS in whole or in part should be addressed to the arbitral tribunal JAMS in writing and sent via the Case Manager, with copies to counsel for the parties, except that a motion upon the ground that the SUMMONS is unenforceable under Section 7 of the U.S. Arbitration Act may also be addressed to the United States District Court for the Southern District of New York or a competent court of the State of New York.

The attorneys for the Claimants in this arbitration are Milman Labuda Law Group, PLLC, Attn: Michael J. Mauro, Esq., 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042, (516) 328-8899, michael@mllaborlaw.com.

The attorneys for the Respondents in this arbitration are Tashlik Goldwyn Levy, LLP, Attn: Jeffrey N. Levy, Esq., 40 Cuttermill Road, Great Neck, NY 11021, (516) 466-8005, jlevy@tgllegal.com.

The Case Manager is Catrina Barnes, (212) 607-2707, CBarnes@jamsadr.com.

Signed: _____ 6/13/22
Hon. Michael Dolinger,
Arbitrator

Requested by: Arcadia Crypto Ventures LLC
Michael J. Mauro, Esq.
Milman Labuda Law Group PLLC
Suite 3W8
Lake Success, NY 11042
(516) 328-8899
michael@mllaborlaw.com

Dated: June 13, 2022