Exhibit "C"

**From:** Michael Mauro
**Sent:** Friday, July 15, 2022 2:23 PM
**To:** Matthew Kirincic <matthewkirincic@gmail.com>
**Subject:** RE: Arcadia Crypto
**Importance:** High

Matt: Since you were not able to appear yesterday for the Zoom deposition and haven't responded to me, I have to go to federal court and ask a federal judge to force you to appear at a deposition. If the judge issues an order requiring you to appear for a deposition and you don't show up then I'd have to ask the judge to hold you in contempt of the order. I can't imagine you'd want to have to be bothered with that process and I'd certainly liked to avoid that if possible, since we've cooperated in the past.  Please let me know if you have availability in August to appear for a few hours to  be deposed via Zoom.

Thanks.

Michael J. Mauro, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michael@mllaborlaw.com
516 328-8899 office
516 328-0082 fax
https://www.milmanlabuda.com/attorneys/michael-mauro/

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

**From:** Michael Mauro <Michael@mllaborlaw.com>
**Sent:** Wednesday, July 13, 2022 2:00 PM
**To:** Matthew Kirincic <matthewkirincic@gmail.com>
**Subject:** Fwd: Arcadia Crypto

Please let me know if you are showing up for the zoom tomorrow.

Get Outlook for iOS

**From:** Michael Mauro <Michael@mllaborlaw.com>
**Sent:** Tuesday, July 12, 2022 5:16 PM
**To:** Matthew Kirincic <matthewkirincic@gmail.com>
**Subject:** FW: Arcadia Crypto

Hi Matt: I'm following up on the below.  Please let me know.

Michael J. Mauro, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michael@mllaborlaw.com
516 328-8899 office
516 328-0082  fax
https://www.milmanlabuda.com/attorneys/michael-mauro/

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

**From:** Michael Mauro
**Sent:** Monday, July 11, 2022 9:35 AM
**To:** Matthew Kirincic <matthewkirincic@gmail.com>
**Subject:** RE: Arcadia Crypto
**Importance:** High

Good morning Matt: Please let me know today if you will appear at 10 am on July 14 via Zoom.

Michael J. Mauro, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michael@mllaborlaw.com
516 328-8899 office
516 328-0082  fax
https://www.milmanlabuda.com/attorneys/michael-mauro/

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

**From:** Michael Mauro
**Sent:** Friday, July 8, 2022 10:51 AM
**To:** Matthew Kirincic <matthewkirincic@gmail.com>
**Subject:** FW: Arcadia Crypto

Hi Matt: just following up on the below. Please let me know if you will appear at 10 am on July 14 via Zoom.

Michael J. Mauro, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michael@mllaborlaw.com
516 328-8899 office
516 328-0082  fax
https://www.milmanlabuda.com/attorneys/michael-mauro/

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

**From:** Michael Mauro
**Sent:** Wednesday, July 6, 2022 12:05 PM
**To:** Matthew Kirincic <matthewkirincic@gmail.com>
**Subject:** RE: Arcadia Crypto

Hi Matt: Hope you had a good 4th of July.  Can you confirm that you'll attend the Zoom deposition at 10 am on July 14?

Michael J. Mauro, Esq.
Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
michael@mllaborlaw.com
516 328-8899 office
516 328-0082  fax
https://www.milmanlabuda.com/attorneys/michael-mauro/

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.