USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _8/19/2022_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCADIA CRYPTO VENTURES, LLC,
RICHARD ROFE and JENNIFER ROFE,

          Petitioners,

    -against-

MATTHEW KIRINCIC,

          Respondent.

22 Civ. 6986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 16, 2022, Petitioners filed a petition to enforce a subpoena served on Respondent in a pending arbitration. ECF No. 1. This action should have been filed as a miscellaneous case, not a civil case. Accordingly, Petitioners shall file this action as a miscellaneous case and pay the requisite filing fee.

    The Clerk of the Court is directed to close this case.

    SO ORDERED.

Dated: August 19, 2022
       New York, New York

ANALISA TORRES
United States District Judge